UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jessica Brown,

          Plaintiff

v.

Florence McClure Facility,

          Defendant

Case No. 2:24-cv-00426-CDS-NJK

**Order**

[ECF Nos. 3, 4]

Plaintiff Jessica Brown initiated this case with an application to proceed *in forma pauperis* ("IFP") and a civil-rights action under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. It appears that Brown also attempted to initiate a second case, with a second IFP and a second civil-rights complaint against different defendants. ECF Nos. 3, 4. However, rather than opening a new case, the Clerk's Office inadvertently filed these documents in this case. The Court will deny the second IFP as moot, dismiss the second complaint without prejudice, and direct the Clerk of the Court to open a new case and file the new IFP application and complaint (ECF Nos. 3 and 4) into that new case.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that plaintiff's second IFP **[ECF No. 3] is denied as moot**.

IT IS FURTHER ORDERED that plaintiff's second complaint **[ECF No. 4] is dismissed without prejudice** because it was inadvertently filed in this case.

IT IS FURTHER ORDERED that the Clerk of the Court is kindly directed to open a new case for plaintiff Jessica Brown and to file the second IFP (ECF No. 3) into the new case with the second complaint (ECF No. 4) attached.

Dated: March 6, 2024

                                                     _____
                                                     Cristina D. Silva
                                                     United States District Judge