UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jessica Brown,

        Plaintiff

  v.

Florence Mcclure Facility,

        Defendant

Case No. 2:24-cv-00426-CDS-NJK

**Order Dismissing and Closing Case**

Plaintiff Jessica Brown has filed a motion asking that this case be dismissed without prejudice. ECF No. 6. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The complaint has not been served on the defendant, and thus the defendant has not filed an answer or a motion for summary judgment. Accordingly, I grant Brown's motion to voluntarily dismiss this action.

For the foregoing reasons:

IT IS ORDERED that Brown's motion to dismiss this case **[ECF No. 6] is granted**. This case is dismissed in its entirety, without prejudice.

IT IS FURTHER ORDERED that Brown's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED as moot**.

The Clerk of the Court is directed to enter judgment accordingly and to close this case.

Dated: May 8, 2024

_____
United States District Judge